No. 81–1906. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* SADLOWSKI ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–1910. SOUTH DAKOTA *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 81–1936. APODACA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–1961. IDAHO EX REL. TROMBLEY, DIRECTOR, IDAHO DEPARTMENT OF LANDS, ET AL. *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–1962. REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* LYNN; and

No. 81–2005. LYNN *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.  Reported below: 656 F. 2d 1337.

No. 81–1965. BRAMSON *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 81–1970. SAMUEL T. ISAAC & ASSOCIATES, INC. *v.* GOVERNMENT NATIONAL MORTGAGE ASSOCIATION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–1976. WALTERS *v.* TENNESSEE VALLEY AUTHORITY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–1978. FREEMAN ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–1986. ATTORNEY GENERAL OF OHIO *v.* KRAUSE ET AL.  C. A. 6th Cir.  Certiorari denied.